UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
    Plaintiff,
v.
STERLING ISLANDS, INC.,
AL-ZUNI GLOBAL JEWELRY, INC.,
JAWAD "JOE" KHALAF,
NADER KHALAF,
NASHAT "NASH" KHALAF,
ZAHER MOSTAFA, and
TAHA "TOM" SHAWAR

    Defendants.

Case No. CR 18-4176 JB

## DEFENDANTS' UNOPPOSED MOTION TO CONTINUE HEARING

All defendants, through their undersigned counsel request that the Court reschedule the Hearing currently set for March, 26, 2019.  As grounds for this request, counsel state as follows:

1.    Both counsel for Nashet Khalaf will be out of state on the current date of the hearing and unable to attend.

2.    Counsel has consulted with all of the defense counsel and all counsel and all defendants can be available if the Court is willing to reschedule this hearing for anytime during the week of April 15-19 or on April 22 or 23.

3.    Counsel also consulted with Sean Sullivan, counsel for the government. He advised counsel that having the hearing at the above mentioned dates in April will be more convenient for government counsel as well.

4.    The proposed continuance will not prejudice either party.

5.    For this reason, all defense and government counsel respectfully request that the matter be rescheduled during the week of April 15-19 or on April 22 or 23.

WHEREFORE, undersigned counsel respectfully requests that the Court reschedule the Hearing the week of April 15-19 or on April 22 or 23.

Respectfully submitted,

FREEDMAN BOYD HOLLANDER GOLDBERG URIAS & WARD, P.A

*/s/ Nancy Hollander*
Nancy Hollander
John Boyd
20 First Plaza Center, NW, Suite 700
Albuquerque, NM 87102
P: 505-842-9960
nh@fbdlaw.com
jwb@fbdlaw.com

Matthew M. Beck
RODEY, DICKASON,
SLOAN, AKIN & ROBB, P.A.
PO Box 1888
Albuquerque, NM 87103
mbeck@rodey.com
*Attorneys for Defendant Zaher Mostafa*

Mark T. Baker
Carter B. Harrison IV
PEIFER, HANSON & MULLINS, P.A.
PO Box 25245
Albuquerque, NM 87125
mbaker@peiferlaw.com
charrison@peiferlaw.com
*Attorneys for Defendants Sterling Islands, Inc. and Jawad Khalaf*

Ahmad Assed
Richard Moran
AHMAD ASSED & ASSOCIATES
818 5th Street NW
Albuquerque, NM 87102
ahmad@assedlaw.com
richard@assedlaw.com
*Attorneys for Defendant Nader Khalaf*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on March 13, 2019, I filed the foregoing pleading electronically through the CM/ECF system, which caused all counsel or parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

*/s/ Nancy Hollander*
Nancy Hollander